U.S. Department of Justice
United States Attorney

**FILED IN OPEN COURT**
**U.S.D.C. - Atlanta**

APR 11 2023

KEVIN P. WEIMER, Clerk
By: Tcc  Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2021R00668)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**HSD**

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO.  1:22-CR-00184 UNDER SEAL |
| | MAGISTRATE CASE NO. |

| X Indictment | Information | Magistrate's Complaint |
|---|---|---|
| DATE: April 11, 2023 | DATE: | DATE: |

UNITED STATES OF AMERICA
vs.
FELIKS MEDVEDEV

FIRST SUPERSEDING INDICTMENT
Prior Case Number: 1:22-CR-00184
Date Filed: May 11, 2022

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?     Yes   X No
Will the defendant be arrested pending outcome of this proceeding?     Yes   X No
Is the defendant a fugitive?     Yes   X No
Has the defendant been released on bond?     Yes   X No

Will the defendant require an interpreter?     Yes   X No

District Judge:

Attorney: Christopher J. Huber
Defense Attorney: