**KISH LAW LLC**
ATTORNEYS AT LAW

229 PEACHTREE STREET, N.E.
SUITE 2505
ATLANTA, GEORGIA 30303
(404) 207-1338

January 17, 2024

Courtroom Deputy
U.S. Courthouse
75 Ted Turner Drive S.W.
Atlanta, Georgia 30303

> RE: *United States v. Carbon* (1:23-cr-124)
> *United States v. Causey-Lee* (1:21-cr-374)
> *United States v. Medvedev* (1:22-cr-184)
> *United States v. Phonthepsone* (1:23-cr-357)
> *United States v. Shackelford* (1:21-cr-454)
> *United States v. Thiyagasamdram* (4:23-cr-00028)

Dear Courtroom Deputy:

    This letter is to notify the Court pursuant to LCrR 57.1 (E)(4), NDGa, that I will be out of the office from April 22, 2024 through and including April 29, 2024. I respectfully request that the Court not schedule any court appearances in the above-referenced matters for those dates.

Sincerely,

Paul S. Kish
Attorney-at-Law

PSK/pk