IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FELIKS MEDVEDEV | Criminal Action No.<br><br>1:22-cr-00184-TWT |

## **FINAL ORDER AND JUDGMENT OF FORFEITURE**

This matter is before the Court on the Government's Motion for Final Order of Forfeiture for property seized from Defendant Feliks Medvedev. The Court entered the Consent Preliminary Order of Forfeiture on February 7, 2024, (Doc. 57), forfeiting the Defendant's interest in the following property to the United States pursuant to 18 U.S.C. § 982(a)(1):

a. $157,934.85 in funds seized from Synovus Bank account ending 2102 on or about April 27, 2023; and

b. $171,473.04 in funds seized from Synovus Bank account ending 0443 on or about April 28, 2023.

(Doc. 57).

In accordance with the notice requirements set forth in 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b)(1), the United States published notice of the preliminary order of forfeiture, and of its intent to dispose of the property, on the official government internet site forfeiture.gov for at least 30 consecutive days.

However, no one has filed a petition to the property, and the deadline for doing so has expired.

This Court, having found that the Defendant's interest was forfeited to the United States in the Consent Preliminary Order of Forfeiture, that the United States published notice of the preliminary order of forfeiture, and of its intent to dispose of the property, in accordance with 21 U.S.C. § 853(n) and 18 U.S.C. § 982(b)(1), that no third party has filed a petition claiming an interest in the property and that the time for filing such petition has expired, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. A final forfeiture judgment against the following property is hereby entered pursuant to 18 U.S.C. § 982(a)(1):
    a. $157,934.85 in funds seized from Synovus Bank account ending 2102 on or about April 27, 2023; and
    b. $171,473.04 in funds seized from Synovus Bank account ending 0443 on or about April 28, 2023.
2. All right, title and interest in the above property is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED THIS _____ day of _____, 2024.

                                            THOMAS W. THRASH, JR.
                                            UNITED STATES DISTRICT JUDGE

Prepared by:
Norman L. Barnett, Assistant United States Attorney
(404) 581-6000