# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cr-00184-TWT-CMS
### USA v. Medvedev
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 10/02/2024.

TIME COURT COMMENCED: 2:00 P.M.  
TIME COURT CONCLUDED: 3:30 P.M.  
TIME IN COURT: 1:30  
OFFICE LOCATION: Atlanta  

COURT REPORTER: Diane Peede  
CSO/DUSM: 1 CSO  
USPO: Paul Sims  
DEPUTY CLERK: Jordyn Holder  

| | |
|---|---|
| DEFENDANT(S): | [1]Feliks Medvedev Present at proceedings |
| ATTORNEY(S) PRESENT: | Christopher Huber representing USA<br>Paul Kish representing Feliks Medvedev |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | The Court adopted the presentence report and made it the findings of the Court. The Court heard from the parties on the sentence to be imposed. The Defendant was given the right of allocution. The Court imposed the sentence and informed the Defendant of his right to appeal. See J&C for sentence. |
| HEARING STATUS: | Hearing Concluded |