IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:22-CR-184-01-TWT |
| ) | |
| FELIKS MEDVEDEV ) | |
| _____) | |

**UNOPPOSED MOTION TO EXTEND REPORTING DATE**

COMES NOW Defendant FELIKS MEDVEDEV, by and through undersigned counsel and hereby files this Unopposed Motion to Extend the Reporting Date. As set out below, Defendant asks that the Court allow him until some point in January 2025 after which he must report to begin serving his sentence. The Government does not oppose this request.

The Court recently imposed a 46-month sentence. The Court also allowed Mr. Medvedev to remain on bond and report to begin serving that sentence when ordered to do so by the U.S. Marshal Service and the Bureau of Prisons. Defendant anticipates receiving his reporting date within a very short time.

Defendant's wife continues battling cancer. A recent development requires further investigation by her medical team in order to determine whether and how long she may survive.

In the meantime, Defendant's counsel is exploring whether he is entitled to at least request consideration for "Compassionate

Release" pursuant to 18 U.S.C. §3582(c)(1)(A) and recent amendments to the Sentencing Guidelines.

Finally, undersigned counsel's ability to fully represent Mr. Medvedev is seriously compromised by personal health matters. Undersigned has surgery scheduled for November 5, 2024 and anticipates being away from work for 2-6 weeks.

Based on the combination of these factors Defendant asks that the Court extend his reporting date until some point in January 2025. Undersigned has communicated with AUSA Christopher Huber and is authorized to represent that the Government does not oppose this request.

Based on the foregoing Defendant asks that then Court direct that the U.S. Marshal Service and Bureau of Prisons schedule Mr. Medvedev's reporting date for some time in January 2025.

Dated: This 4th day of November 2024.

            Respectfully submitted,

            */s/ Paul S. Kish*
            PAUL S. KISH
            Georgia State Bar No. 424277
            Attorney for FELIKS MEDVEDEV

Kish Law LLC
229 Peachtree Street, NE
Suite 2505
Atlanta, Georgia 30303
404-207-1338
paul@kishlawllc.com

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 4th day of November 2024.

<u>/s/ Paul S. Kish</u>
PAUL S. KISH
Georgia State Bar No. 424277
Attorney for FELIKS MEDVEDEV

Kish Law LLC
229 Peachtree Street, NE
Suite 2505
Atlanta, Georgia 30303
404-207-1338
paul@kishlawllc.com